

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          *Main: (973) 645-2700*
*Newark, NJ 07102*                     *Direct: (973) 297-2034*
                                       *bridget.zarrillo@usdoj.gov*

August 13, 2026

**BY ECF**
Honorable Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:   *Pilo Chumil v. Soto, et al.,* **No. 26-10058 (SDW)**
>       **Petitioner's Release Update**

Dear Judge Wigenton:

This Office represents Respondents in this habeas action.  We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 12:18 p.m. on August 12, 2026 under the same conditions that existed prior to detention.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

SO ORDERED.

_____
Hon. Susan D. Wigenton
United States District Judge
Dated: August 14, 2026
The Clerk's Office shall close this matter as petitioner has been released.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Bridget E. Zarrillo*
      BRIDGET E. ZARRILLO
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:   All counsel of record (via ECF)